IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| EDGAR L. GUINTHER<br>ADC #100017 | PLAINTIFF |
| v.      CASE NO. 5:18-CV-00296 BSM | |
| WENDY KELLEY, et al. | DEFENDANTS |

## ORDER

After *de novo* review of the record, including plaintiff Edgar Guinther's timely objections [Doc. No. 9], United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 8] is adopted. Defendants Straughn, Linsy, Shipman, Washington, and Moore are dismissed without prejudice.

IT IS SO ORDERED this 6th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE