IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR L. GUINTHER**                                                                  **PLAINTIFF**
**ADC #100017**

v.                      **CASE NO. 5:18-CV-00296 BSM**

**WENDY KELLEY, et al.**                                                 **DEFENDANTS**

## ORDER

After *de novo* review of the record, including plaintiff Edgar Guinther's timely objections [Doc. No. 21], United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 20] is adopted. The Doe defendants are dismissed without prejudice.

IT IS SO ORDERED this 11th day of April 2019.

                                                                                             UNITED STATES DISTRICT JUDGE