IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR L. GUINTHER**                                                         **PLAINTIFF**
**ADC #100017**

v.                     Case No. 5:18-cv-00296 BSM

**WENDY KELLEY, et al.**                                          **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 46] has been received. After *de novo* review of the record, the RD is adopted. Defendants' motion for summary judgment [Doc. No. 34] is granted in part and denied in part. Guinther's claims against defendant Payne are dismissed without prejudice. Guinther's claims against defendants Allen and Gibson may proceed. Guinther's motion for injunctive relief [Doc. No. 39] is denied. His motion for judgment on the pleadings [Doc. No. 44] is denied.

IT IS SO ORDERED this 27th day of January 2020.

                                                                              _____
                                                                    UNITED STATES DISTRICT JUDGE