**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EDGAR L. GUINTHER**                                                                                  **PLAINTIFF**
**ADC #100017**

v.                                    Case No. 5:18-cv-00296-BSM

**WENDY KELLEY,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 67] has been received. After reviewing the record *de novo*, the RD is adopted. Edgar Guinther's motion for class certification and appointment of counsel [Doc. No. 63] is denied.

IT IS SO ORDERED this 4th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE