## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDGAR L. GUINTHER**                                                                                   **PLAINTIFF**
**ADC #100017**

**v.**                                    **CASE NO. 5:18-CV-00296-BSM**

**WENDY KELLEY,** *et al.*                                                                  **DEFENDANTS**

### ORDER

After reviewing United States Magistrate Judge Beth Deere's proposed findings and

recommendations (RD)   [Doc. No. 98] and the entire record *de novo*, the RD is adopted.

Defendants' motion for summary judgment [Doc. No. 84] is granted, and Edgar Guinther's

claims are dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2021.


_____
UNITED STATES DISTRICT JUDGE