IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR L. GUINTHER**  **PLAINTIFF**
**ADC #100017**

v.  CASE NO. 5:18-CV-00296-BSM

**WENDY KELLEY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE